UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOWARD JORDAN,<br>Plaintiff,<br>v.<br>DAVID O. LIVINGSTON, et al.,<br>Defendants. | Case No. 25-cv-10697-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to Plaintiff Jordan was returned as undeliverable more than 60 days ago. (Dkt. Nos. 12 and 13.) Accordingly, this federal civil rights suit is DISMISSED (without prejudice) because Plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may move to reopen the suit and have proceedings reinstated. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

The Clerk shall enter judgment in favor of Defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 20, 2026

RITA F. LIN
United States District Judge